UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MAHBOBA AZIZI, | ) | No. CV 08-10-PLA |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: April 15, 2009

                                           PAUL L. ABRAMS
                           UNITED STATES MAGISTRATE JUDGE